IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* JOSHUA LEIGHR, <br>                 Plaintiffs, <br> v. <br> SEARS HOLDINGS CORPORATION, <br> And <br> KMART CORPORATION, <br>                 Defendants. | Civil No. 4:13-cv-00988-SRB <br><br> **Filed *Ex Parte* and Under Seal** |

## ORDER

UPON CONSIDERATION of the United States' Notice of Intervention and Settlement and Application for Lift of Seal and Dismissal of Action, it is hereby,

ORDERED that:

1. The *ex parte* application of the United States is GRANTED;

2. The relator's complaint, the United States' Notice of Intervention and Settlement and Application for Lift of Seal and Dismissal of Action, and this Order are unsealed;

3. All other papers or Orders on file in this matter shall remain under seal;

4. Defendants Sears Holdings Corporation and Kmart Corporation are dismissed from this action with prejudice as to all claims of the relator; with prejudice as to the United States for the covered conduct released in the settlement agreement between the parties; without prejudice to the United States as to all other claims; and

5. The seal shall be lifted on all matters occurring in this action after the date of this Order.

                                                          /s/ S.R.B.
                                          STEPHEN R. BOUGH, DISTRICT JUDGE
                                          UNITED STATES DISTRICT COURT

Ordered this 1st day of September, 2015.